KATIE F. TOSSINY, as Assignee of BONACCI CONTRACTING COMPANY, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. This case was governed by section 1351 of the Code of Civil Procedure.* The plaintiff's time to appeal did not expire until served with a copy of the judgment and notice of entry. ( *New Rochelle Gas Co.* v. *Van Benschoten,* 47 App. Div. 477.)   Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

WOOLF INSTRUMENT CORPORATION, Respondent, v. MICHAEL WOOLF and Others, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

HENRY PRICE BALL, Appellant, v. CHARLES L. CRAIG, as Comptroller of the City of New York, Respondent.— Appeal dismissed, without costs. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

ROSE BENJAMIN, Respondent, v. SAUL BENJAMIN, Appellant.— Appeal dismissed, without costs. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

LYMAN H. BEVANS, Appellant, v. THE JOURNAL COMPANY, Respondent.— Appeal dismissed, without costs. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

AUGUST DIEDRICH, Appellant, v. MARGUERITE W. DIEDERICK, Respondent.— Appeal dismissed, without costs. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

RAYNOR FORD, Respondent, v. ANTONETTE PIAZZA, Appellant.— Appeal dismissed, without costs. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

HARRY A. HIMER, Respondent, v. OSCAR STOLP and Another, Appellants.— Appeal dismissed, without costs. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

HOLTZ AMUSEMENT COMPANY, INC., Respondent, v. MOLLY MERLUB and Another, Defendants. BROOKLYN JEWISH MODERN ORTHODOX CENTER, Sued Herein as BROOKLYN JEWISH MODERN ORTHODOX CIRCLE, Appellant.— Appeal dismissed, without costs. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

In the Matter of the Application of the KENT IRON AND STEEL CORPORATION, etc. KENT IRON AND STEEL CORPORATION, Appellant, v. LOUIS GREENBERG PLUMBING SUPPLIES, INC., Respondent.— Appeal dismissed, without costs. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

ALTER KAPLAN, Respondent, v. JACOB KOPETOWSKY, Appellant.— Appeal dismissed, without costs. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur. ·

KERR STEAMSHIP Co., INC., Appellant, v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA and Others, Respondents.— Appeal dismissed, without costs. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

ANNA G. NAGLE, Appellant, v. EDWARD W. NAGLE, Respondent.— Appeal dismissed, without costs. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.